NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CEDRIC GREENE,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1475

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-01821-MRS, Judge Molly R. Silfen.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2                                                    GREENE V. US

 

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

May 17, 2024
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 17, 2024